Argued March 6, affirmed July 31, 1967

## THE HANNA MINING COMPANY, *Respondent, v.* STATE TAX COMMISSION, *Appellant.*

430 P. 2d 563

*Alfred B. Thomas,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Robert Y. Thornton, Attorney General, and Jann W. Carpenter, Assistant Attorney General, Salem.

*Frank H. Spears,* Portland, argued the cause for respondent. With him on the brief were McColloch, Dezendorf & Spears, James H. Clarke and George L. Kirklin, Portland.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN, DENECKE and LUSK, Justices.

PERRY, C. J.

This is an appeal by the State Tax Commission from a judgment of the Oregon Tax Court, sustaining plaintiff's claim to a deduction for percentage depletion under the Oregon Corporate Excise Tax Law, and more specifically ORS 317.290. *Hanna Mining Co. v. State Tax Commission,* 2 OTC Adv Sh 379.

The case was tried on an agreed stipulation of facts.

We affirm the decree of the Oregon Tax Court and adopt its opinion.

Affirmed.